IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, | No. C-09-00966 EDL |
| Plaintiff, | **ORDER FOR REASSIGNMENT** |
| v. | |
| EL CAMINO PAVING, INC., | |
| Defendant. | |

In view of the Report and Recommendation filed on September 17, 2009, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

Dated: September 17, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge