```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EL CAMINO PAVING, INC., etc., )<br>)<br>Defendant. )<br>_____ ) | NO. C 09 0966 SBA<br><br><u>ORDER AND DEFAULT</u><br><u>JUDGMENT</u> |

Good cause appearing therefor, it is hereby ORDERED that default judgment be entered in favor of plaintiff, NORTHWEST ADMINISTRATORS, INC., against defendant, EL CAMINO PAVING, INC., a California corporation, as follows:

| | | |
|---|---|---|
| 1. | Principal | $ 9,921.60 |
| 2. | Interest | 187.88 |
| 3. | Costs of suit | 500.00 |
| 4. | Attorneys fees | 740.00 |
| | TOTAL: | $11,349.48 |

Date:_11/12/09

_/s/ Saundra B Armstrong_____
JUDGE SAUNDRA BROWN ARMSTRONG