UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., | Case No: C 09-0966 SBA |
| Plaintiff, | **ORDER OF REFERENCE** |
| vs. | Docket 25 |
| EL CAMINO PAVING, INC., a California corporation, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Plaintiff's Ex Parte Application for Reference to Magistrate Judge for Judgment Debtor Exam (Docket 25) is GRANTED. This matter is REFERRED to the Chief Magistrate or her designee to conduct the debtor's examination requested by Plaintiff. This Order terminates Docket 25.

IT IS SO ORDERED.

Dated: December 28, 2009

SAUNDRA BROWN ARMSTRONG
United States District Judge